UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DORSEY R. GARDNER and JOHN FRANCIS O'BRIEN, as trustees of the DORSEY R. GARDNER 2002 TRUST, | : <br> : <br> : <br> : Civil Action No. 11-cv-1664 (FB)(VMS) <br> : |
| Plaintiffs, | : <br> : |
| -against- | : **NOTICE OF APPEARANCE** <br> : |
| THE MAJOR AUTOMOTIVE COMPANIES, INC. and BRUCE BENDELL, | : <br> : <br> : |
| Defendants. | : |

PLEASE TAKE NOTICE that Ekaterina Schoenefeld, whose contact information is set forth below, hereby appears in this action as the attorney for Non-Party City World Acquisition Group, Inc. (f/k/a Bronx Automotive Group, Inc. d/b/a Toyota of the Bronx).

Dated:  Princeton, New Jersey                    SCHOENEFELD LAW FIRM LLC
        June 2, 2013

                                    By:    /s/ Ekaterina Schoenefeld
                                           Ekaterina Schoenefeld (ES 7134)
                                           32 Chambers Street, Suite 2
                                           Princeton, New Jersey 08542
                                           Tel.:  (609) 688-1776
                                           Fax:  (609) 228-4099
                                           Email:  eschoenefeld@schoenefeldlaw.com

cc:    Hon. Frederic Block (via ECF)
       Larry Varn, Esq. (via ECF and email)
       Mark B. Rosen, Esq. (via ECF and email)
       Robert F. Brodegaard, Esq. (via ECF and email)